Case 1:21-cv-04410-CLP Document 22 Filed 09/15/22 Page 1 of 1 PageID #: 189
DocuSign Envelope ID: C9282F55-0CC6-4CE3-BFCA-7E08038286
Case 1:21-cv-04410-CLP Document 23 Filed 09/19/22 Page 1 of 1 PageID #: 190

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| OXANA RAITER, OLGA SAMOYLOVA IRAM, ANDREY LEONTYEV AND EUGENE AZOV, Individually and on behalf of all other persons similarly situated, | ECF CASE |
|---|---|
| Plaintiffs, | No.: 1:21-cv-04410 (KAM)(CLP) |
| v. | |
| DESSERT PALACE BOSE INC. d/b/a "EMMONS PALACE" and "DESSERT PALACE" and EFIM MILRUD, Jointly and Severally, | |
| Defendants. | |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 19 2022 ★
BROOKLYN OFFICE

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that this matter is dismissed with prejudice, which each party to bear their on fees, costs and expenses. The parties further stipulate that this Court shall retain jurisdiction to enforce their Settlement Agreement.

Dated: September 15, 2022
New York, New York

_____
Douglas B. Lipsky
Milana Dostanitch
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, New York 10170
doug@lipskylowe.com
milana@lipskylowe.com
212.392.4772
*Attorneys for Plaintiffs*

Dated: August 23, 2022
New York, New York

_____
Jonathan B. Bruno, Esq.
RIVKIN RADLER LLP
477 Madison Avenue, Suite 410
New York, New York 10022
212.455.9554
Jonathan.Bruno@rivkin.com
*Defendants' Counsel*

_____
/s/ Cheryl L. Pollak
Cheryl L. Pollak
United States Magistrate Judge